Division, Second Department. October 8, 1909.) Action by Jacob Siegmund against Beshara Hamati and others. No opinion. Motion dismissed, with costs, on the ground that timely notice was not given.

In re SILVERMAN. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Robert M. Silverman, a stockholder, etc. J. M. Mayer, for appellant. I. V. Schavrien, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SIMMONS et al. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate for and on behalf of the city of New York under chapter 724, p. 2027, of the Laws of 1905, and the acts amendatory thereof, in the town of Olive, Ulster county, N. Y., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York. No opinion. Order unanimously affirmed, with costs. See, also, 116 N. Y. Supp. 439, 952, 1148.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., in the Towns of North Castle and Mt. Pleasant, Westchester County, etc. Kensico Reservoir, Section No. 4. First separate report. No opinion. Order, in so far as appealed from, reversed, with $10 costs and disbursements, on the authority of Matter of Simmons (Ashokan Reservoir, Section No. 6), 130 App. Div. 350, 114 N. Y. Supp. 571.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., in the Towns of North Castle and Mt. Pleasant, Westchester County, etc. Kensico Reservoir, Section No. 4. Second separate report. No opinion. Order, in so far as appealed from, reversed, with $10 costs and disbursements, on the authority of Matter of Simmons (Ashokan Reservoir, Section No. 6), 130 App. Div. 350, 114 N. Y. Supp. 571.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc. Hill View Reservoir, Section No. 1. Third separate report. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application and petition of J. Edward Simmons and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc. Kensico Reservoir, Section No. 6. First separate report. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

SIMPSON, Respondent, v. FOUNDATION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1909.) Action by Patrick Simpson against the Foundation Company. No opinion. Motion for reargument granted, and case set down for Thursday, June 17, 1909. See, also, 116 N. Y. Supp. 878.

SIMPSON, Respondent, v. FOUNDATION CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Patrick Simpson against the Foundation Company.
PER CURIAM. Judgment and order (132 App. Div. 375, 116 N. Y. Supp. 878) affirmed on reargument, with costs. A majority of the entire court having on the two arguments voted for reversal, execution will be stayed 30 days to enable final appeal to be perfected, if so advised.
JENKS and BURR, JJ., dissent.

SIMPSON, Respondent, v. FOUNDATION CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Patrick Simpson against the Foundation Company. No opinion. Motion denied, with $10 costs. See, also, 116 N. Y. Supp. 878.

SINGER, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Fannie E. Singer against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SIRKAN, Appellant, v. CATHEDRAL REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Gitel Sirkan, as administratrix, against the Cathedral Realty Company. J. N. Tuttle, for appellant. J. M. Proskauer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SKERL, Respondent, v. PARK, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Francesco Skerl against Edgar Park, impleaded. J. M. Hartfield, for appellant. J. V. Judge, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.